■ In the Matter of Rodney D.E., Jr., an Infant. Monroe County Department of Human and Health Services, Division of Social Services, Respondent; Stephanie P., Appellant. (Appeal No. 1.) [821 NYS2d 509]—Appeal from an order of the Family Court, Monroe County (Marilyn L. O'Connor, J.), entered January 11, 2005 in a proceeding pursuant to Social Services Law § 384-b. The order terminated the parental rights of respondent, committed the guardianship and custody of the child to petitioner and authorized petitioner to consent to the adoption of the child.

■ In the Matter of Rodney D.E., Jr., an Infant. Monroe County Department of Human and Health Services, Division of Social Services, Respondent; Stephanie P., Appellant. (Appeal No. 2.) [822 NYS2d 474]—Appeal from an amended order of the Family Court, Monroe County (Marilyn L. O'Connor, J.), entered August 3, 2005 in a proceeding pursuant to Social Services Law § 384-b. The amended order terminated the parental rights of respondent, committed the guardianship and custody of the child to petitioner and authorized petitioner to consent to the adoption of the child.

It is hereby ordered that the amended order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Kehoe, J.P., Gorski, Martoche, Smith and Pine, JJ.